### 77452. RAGIN v. THE STATE.
(373 SE2d 856)

POPE, Judge.
Appellant was arrested for trafficking in cocaine after a search of the car he was driving uncovered 8.15 pounds of cocaine. Following a hearing, the trial court set bail in the amount of $300,000, which appellant contends was excessive. We disagree and find that the trial court did not abuse its discretion in setting bail in the amount of $300,000. Accord *Sirmons v. State*, 243 Ga. 664 (256 SE2d 350) (1979); *Reid v. Perkerson*, 207 Ga. 27 (4) (60 SE2d 151) (1950); see also OCGA § 17-6-1 (a) & (f). See generally *Lathan v. State*, 188 Ga. App. 439 (373 SE2d 388) (1988).

*Judgment affirmed. McMurray, P. J., and Benham, J., concur.*

DECIDED OCTOBER 5, 1988.

*Davis Cohen*, for appellant.
*Glenn Thomas, Jr., District Attorney, Richard H. Taylor, Assistant District Attorney*, for appellee.